469 P.2d 151

**Ernest TURNER, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9036.**

Supreme Court of New Mexico.

April 14, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 360, 81 N.M. 450, 468 P.2d 421, be and the same is hereby returned to the Clerk of the Court of Appeals.

469 P.2d 151

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Gene J. TORRES, Defendant-Appellant.**

**No. 9044.**

Supreme Court of New Mexico.

May 6, 1970.

COMPTON, Chief Justice, and WATSON, SISK and McKENNA, Justices concurring.

TACKETT, Justice, not participating.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 363, 81 N.M. 521, 469 P.2d 166 be and the same is hereby returned to the Clerk of the Court of Appeals.

469 P.2d 151

**In the Matter of Salomon LUNA, Magistrate of Division One, Rio Arriba Magistrate District.**

**No. 9054.**

Supreme Court of New Mexico.

May 13, 1970.

Ordered that petition be and the same is hereby denied.

469 P.2d 151

**Leanne M. BACA, Administratrix of the Estate of Willie Frank Hasty, Jr., Deceased, and Willie Frank Hasty, Sr., Plaintiffs-Appellants,**

v.

**Guadalupe H. CEBALLOS, Defendant-Appellee.**

**No. 9051.**

Supreme Court of New Mexico.

May 19, 1970.

COMPTON, Chief Justice and TACKETT, WATSON, SISK and McKENNA, Justices concurring.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 439, 81 N.M. 537, 469 P.2d 516 be and the same is hereby returned to the Clerk of the Court of Appeals.